**DISMISS and Opinion Filed February 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00609-CV**

**IN THE INTEREST OF W.A.H., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-08549-Z**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. By postcard dated January 14, 2022, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210609F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF W.A.H., A CHILD

No. 05-21-00609-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-11-08549-Z.
Opinion delivered by Justice Garcia. Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 3, 2022